Mary D. Hoffman, Respondent, v. Triboro Coach Corporation et al., Appellants.—

No opinion. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

In the Matter of Louis Katz, Appellant, against Charles Abrams, as State Rent Administrator, Respondent.—

Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

In the Matter of Nick Turturro, Appellant. G. Nardella & Sons, Respondent.—

No opinion. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

Shirley Orowitz, Appellant-Respondent, v. Benjamin Orowitz, Respondent-Appellant.—

Judgment, insofar as appealed from, unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

Rosaria Ristagna, formerly Rosaria Forte, Respondent, v. Russell D. Pampalone et al., Defendants, and Vito V. Forte, Appellant.—

No opinion. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

Isidor Silverstein, Respondent, v. Exciting Fashions, Inc., et al., Appellants, et al., Defendant.—

No opinion. Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.